USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 7 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

TOM OGNIBENE, *et al.*,

          *Plaintiffs*,

-against-

C.A. No. 08 CV 01335 (LTS) (TDK)

PARKES, *et al.*,

          *Defendants*.

--------------------------------------------------------------x

### STIPULATION OF DISMISSAL OF PLAINTIFF MICHELE RUSSO

IT IS HEREBY STIPULATED, by and between counsel for the parties, that MICHELE RUSSO, is hereby dismissed as a plaintiff pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii).

Dated: New York, New York
December 12, 2008

DAVIDOFF MALITO & HUTCHER LLP

BY: _____
Charles Capetanakis
605 Third Avenue, 34th Floor
New York, NY 10158
Phone: (212) 557-7200
Fax: (212) 286-1884
*Local Counsel for the Plaintiffs*

James Bopp, Jr. (JB 0781)
Joe La Rue (JL 2423)
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Phone: (812) 232-2434
Fax: (812) 235-3685
*Lead Counsel for the Plaintiffs*

CORPORATION COUNSEL
FOR THE CITY OF NEW YORK

BY: _____
Jonathan Pines
100 Church Street
Room 2-178
New York, New York 10007
(212) 788-0933
*Attorney for Defendants*

_____
United States District/Magistrate Judge

00371814