Charles Capetanakis (CC 1120)
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue, 34th Floor
New York, NY 10158
Phone: (212) 557-7200
Fax: (212) 286-1884
*Local Counsel for the Plaintiffs*

James Bopp, Jr. (JB 0781)*
Joe La Rue (JL 2423)*
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Phone: (812) 232-2434
Fax: (812) 235-3685
*Lead Counsel for the Plaintiffs*
* Admitted pro hac vice for this case on May 7, 2008 by order of the Honorable Laura T. Swain, District Court Judge.

FILED U.S. DC
APR 06 2009
S.D. OF N.Y.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**OGNIBENE, *et al.*,**

***Plaintiffs,***

**-against-**

**PARKES, *et al.*,**

***Defendants.***

**C.A. No. 08 CV 01335 (LTS) (TDK)**

**PLAINTIFFS' NOTICE OF APPEAL**

Relying on the District Court's Order[1] which granted 1292(b) certification of this Court's grant of partial summary judgment, and pursuant to 28 U.S.C. § 1292(b) and F.R.A.P. 5, notice is hereby timely given that Tom Ognibene; Yvette Velazquez Bennett; Viviana Vazquez-Hernandez; Martin Dilan, Marlene Tapper; Robert Perez; Fran Reiter; Sheila Andersen-Ricci; Martina Franca Associates, LLC; Reiter/Begun

[1] "Order," Apr. 2, 2009, Doc. 107.

Associates, LLC; Denis Gittens; Oscar Perez; the Kings County Committee of the New York State Conservative Party; and the New York State Conservative Party, plaintiffs in the above-named case, will seek permission from the United States Court of Appeals for the Second Circuit, pursuant to F.R.A.P. 5, to appeal from the following:

1. The Order of the U.S. District Court for Southern District of New York, filed February 6, 2009, granting the defendants partial summary judgment.

The defendants in the above named case are: JOSEPH PARKES, Jr., in his official capacity as Chairman of New York City's Campaign Finance Board; DALE C. CHRISTENSEN, Jr., KATHERYN C. PATTERSON, and MARK S. PIAZZA, in their official capacities as Members of New York City's Campaign Finance Board; MARK DAVIES, in his official capacity as Executive Director of the New York City Conflicts of Interest Board; MONICA BLUM, STEVEN ROSENFELD, ANDREW IRVING, and ANGELA M. FREYRE, in their official capacity as Members of New York City's Board of Conflicts of Interest; and MICHAEL MCSWEENEY, in his official capacity as Acting City Clerk of New York City.

Dated: April 6, 2009

Respectfully Submitted,

Charles Capetanakis (CC 1120)
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue, 34th Floor
New York, NY 10158
Phone: (212) 557-7200
Fax: (212) 286-1884
*Local Counsel for the Plaintiffs*

James Bopp, Jr. (JB 0781)*
Joe La Rue (JL 2423)*
BOPP, COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47807
Phone: (812) 232-2434
Fax: (812) 235-3685
email: jboppjr@aol.com
jlarue@bopplaw.com
*Lead Counsel for the Plaintiffs*

* Admitted pro hac vice for this case on May 7, 2008 by order of the Honorable Laura T. Swain, District Court Judge.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---X

TOME OGNIBENE, et al.,

Plaintiffs,

- against -

PARKERS, et al.,

Defendants.

---X

C.A. No. 08 cv 01335 (LTS) (TDK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

OI SI LO, being duly sworn, deposes and says:

1. I am an employee of the law firm of Davidoff Malito & Hutcher LLP, attorneys for plaintiffs. I am over 18 years of age, am not a party to this action, and reside in the New York, New York.

2. On April 6, 2009, I caused a true copy of the within Plaintiffs' Notice of Appeal to be served by mail, by depositing a complete and true copy of same, enclosed in a post-paid wrapper, in the official depository under the exclusive care and custody of the U.S. Postal Service, within New York State, upon the party at the address listed below:

Luke P. McLoughlin, Esq.
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908

OI SI LO

Sworn to before me this
6th day of April, 2009

Notary Public

HOWARD B. PRESANT
Notary Public, State of New York
No. 30-8433350
Qualified In Nassau County
Commission Expires March 30, 2010

00384532