UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

TOM OGNIBENE,

            Plaintiff(s),

-v-                                       No. 08 Civ. 1335 (LTS)

JOSEPH P. PARKES,

            Defendant(s).
-------------------------------------------------------X

### ORDER

The Pretrial Conference scheduled for June 22, 2012, is rescheduled to **Thursday, September 13, 2012, at 11:00 a.m.** in Courtroom 11C.

Dated: New York, New York
        June 12, 2012

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 12 2012